UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL ARROYO,

    Plaintiff,

v.

ORCHARD GARDEN INC.,

    Defendant.

Case No. 21-cv-01362-RS

**ORDER TO SHOW CAUSE**

The complaint was filed February 25, 2021. Defendant was served on April 13, 2021. The scheduling order, Dkt. 5, required the parties to hold the joint site inspection within 60 days after service of the complaint, and required Plaintiff to file a Notice of Need for Mediation within 42 days after the joint site inspection. Plaintiff has failed to comply with this deadline or notify the Court of a settlement. Plaintiff shall show cause by December 13, 2021 why the matter should not be dismissed for lack of prosecution. If there is no response to this order, the case will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: November 29, 2021

                                                 RICHARD SEEBORG
                                                 Chief United States District Judge