UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ORCHARD GARDEN INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-01362-RS<br><br>**ORDER CONTINUING STAY OF PROCEEDINGS AND DEADLINES** |

　　　　The Court previously stayed proceedings and deadlines for 120 days following stipulation from the parties, due to pending cases at the Ninth Circuit concerning similar legal issues. The parties submitted a joint status report prior to conclusion of the 120-day period and requested a further stay of proceedings. Good cause appearing, the stay is continued for another 120-day period until October 27, 2022. By October 13, 2022, the parties shall submit a joint status report informing the Court of the status of each of the six appeals, their positions as to whether a further stay is necessary, and if a further stay is not necessary, how the parties intend to proceed.

**IT IS SO ORDERED**.

Dated: June 16, 2022

_____
RICHARD SEEBORG
Chief United States District Judge